IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GUY
ADC #78939                                                                                              PETITIONER

VS.                                    5:06CV00322 GH/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Respondent has filed a Motion to Dismiss (docket entry #6) the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 arguing that: (1) Petitioner's claims are barred because the Petition was filed outside of the statute of limitations; and (2) that Petitioner has procedurally defaulted his claims for failure to properly present them in state court.

The Court concludes that a Response from Petitioner addressing the arguments raised in the Motion to Dismiss would be helpful to a resolution of Petitioner's case. The Court will therefore order Petitioner to file a Response, addressing the arguments raised in the Motion to Dismiss, **on or before February 26, 2007.**

IT IS THEREFORE ORDERED THAT Petitioner shall file a Response, addressing the arguments raised in the Motion to Dismiss (docket entry #6) on or before February 26, 2007.

Dated this 31st day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE