IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GUY
ADC #78939                                                                                       PETITIONER

VS.                                 5:06CV00322 WRW/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (docket entry #6) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

DATED this 30th day of July, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE